FILED

NOV 22 2006
CO-386-online

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Paul Richard Newton<br>c/o John R. Galloway, Esq.<br><br>            vs           Plaintiff<br>Faison-Kalorama, LLC<br><br>                        Defendant | )<br>)<br>)<br>)<br>)  Civil Action No<br>)<br>)<br>)<br>)<br>) | CASE NUMBER  1:06CV02003<br>JUDGE: Richard W. Roberts<br>DECK TYPE: General Civil<br>DATE STAMP: 11/22/2006 |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Faison-Kalorama, LLC  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Faison-Kalorama, LLC  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

Eric L. Yaffe
Print Name

D.C. Bar No. 439750
BAR IDENTIFICATION NO.

2600 Virginia Avenue, NW, Suite 1111
Address

Washington D.C. 20037
City          State          Zip Code

(202) 295-2200
Phone Number

