IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PAUL RICHARD NEWTON**

    **Plaintiff**

                                   No. 1:06CV02003 RWR

    v.

**FAISON-KALORAMA, LLC**

    **Defendant**
_____

## ORDER

Upon consideration of the plaintiff's Motion For Order Remanding Case to the District of Columbia Superior Court, and the memoranda of points and authorities filed in support and in opposition, and for good cause shown, it is hereby ORDERED that plaintiff's motion be and hereby is GRANTED, and that this case is hereby REMANDED to the District of Columbia Superior Court.

Dated:

                                               _____
                                               Hon. Richard W.. Roberts
                                               United States District Judge

(Service list next page)

copies to:

Johnny R. Galloway, Esq.
1516 P Street, N.W.
Washington, D.C. 20005

Eric L. Yaffe, Esq.
Gray, Plant. Mooty
Suite 1111
2600 Virginia Avenue, NW
Washington, D.C. 20037

D. Blaine Sanders
Robinson Bradshaw & Hinson
Suite 1900
101 North Tryon Street
Charlotte, North Carolina 28246