IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PAUL RICHARD NEWTON**

    **Plaintiff**

                                                                                          No. 1:06CV02003 RWR

    v.

**FAISON-KALORAMA, LLC**

    **Defendant**

_____

**ORDER**

   Upon consideration of the plaintiff's Motion to Allow Limited Discovery to determine the principal place of business of the defendant and its sole member, the memoranda in support and in opposition thereto, and for good cause shown, it is hereby ORDERED that plaintiff's motion be and hereby is GRANTED, and that the plaintiff shall be allowed to conduct discovery limited to the principal place of business, of the defendant and its sole member.

Dated:

                                                      _____
                                                      Hon. Richard W. Roberts
                                                     United States District Judge

(Service list next page)

copies to:

Johnny R. Galloway, Esq.
1516 P Street, N.W.
Washington, D.C.  20005

Eric L. Yaffe, Esq.
Gray, Plant, Mooty
Suite 1111
2600 Virginia Avenue, NW
Washington, D.C.  20037