IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RICHARD NEWTON,<br><br>                    Plaintiff,<br><br>v.<br><br>FAISON-KALORAMA, LLC,<br><br>                    Defendant. | Case No. 1:06CV02003 RWR<br><br>JOINT RULE 16.3 STATEMENT |

   Plaintiff Paul Richard Newton has brought this action seeking damages against Defendant Faisorn-Kalorama, LLC under Count I for Slander of Title and, under Count II, for Unfair and Deceptive Business Practices (D.C. Code 29-2904).  The claims relate to Plaintiff Newton's allegation that an agent of Defendant represented that a certain deed covenant relating to the purchase by Plaintiff Newton of a condominium would not be enforced by Defendant and that, thereafter, despite the agent's representations, Defendant sought to enforce the covenant, causing Plaintiff Newton damages.

   Pursuant to Local Rule 16.3, the parties hereby submit the following Proposed Joint Discovery Plan.

   (1)   The parties state that it is unclear, at the present time, whether the case is likely to be disposed of by dispositive motion.  The parties believe that it would be prudent to set a dispositive motion deadline, as addressed further below.

   (2)   The parties suggest that the deadline to join additional parties or to amend the pleadings in 1:06CV02003 be set for <u>April 6, 2007</u>.

   (3)   The parties request that the case not be assigned to a magistrate judge at the present time.

(4)    The parties have engaged actively in settlement discussions and agree that there is a realistic possibility that the case may settle.

(5)    If the parties are unable to settle this case within a reasonable period of time, the parties will seek to resolve the dispute through alternative dispute resolution and will seek to have the matter mediated with the assistance of a magistrate or through such other means that the Court might suggest.

(6)    The parties suggest that the deadline for filing dispositive motions and/or cross-motions, oppositions, and replies be set for <u>June 6, 2007</u>.

(7)    The parties agree to dispense of initial disclosures.

(8)    The parties agree that discovery should take no more than four (4) months and is expected to be narrow. The parties suggest that the deadline for discovery be set for <u>May 4, 2007</u>.

(9)    It is unclear whether the parties shall use experts in this case. The parties agree to modify Rule 26(a)(2) and exchange expert witness reports and information by <u>May 14, 2007</u>. The parties agree that expert depositions shall be completed by <u>May 28, 2007</u>.

(10)    Not applicable.

(11)    Not applicable.

(12)    The parties suggest that a pretrial conference be held on <u>August 6, 2007</u> or such other date as the Court deems appropriate.

(13)    The parties agree that the trial date should be set at the pretrial conference.

(14) Not applicable.

Respectfully submitted,

| | |
|---|---|
| /s/ Eric L. Yaffe_____ | /s/ Johnn R. Galloway_____ |
| Eric L. Yaffe (D.C. Bar No. 439750) | Johnny R. Galloway (DC Bar No. 458056) |
| Jimmy Chatsuthiphan (D.C. Bar No. 492603) | 1516 P Street, NW |
| GRAY, PLANT, MOOTY, MOOTY | Washington, D.C. 20005 |
| & BENNETT, P.A. | Telephone: (202) 726-5426 |
| 2600 Virginia Avenue, N.W., Suite 1111 | Facsimile: (202) 588-8819 |
| Washington, D.C. 20037 | |
| Telephone: (202) 295-2200 | Attorney for Plaintiff |
| Facsimile: (202) 295-2250 | Paul Richard Newton |

Of Counsel:

D. Blaine Sanders
ROBINSON BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-8344
Facsimile: (704) 373-3944
bsanders@rbh.com

Attorneys for Defendant
Faison-Kalorama, LLC

Date: January 4, 2007

## PROOF OF SERVICE

I hereby certify that on this 4th day of January, 2007, a copy of the foregoing

**JOINT RULE 16.3 STATEMENT** was sent via the court's electronic system, upon:

Johnny R. Galloway
1516 P Street, N.W.
Washington, D.C. 20005
Telephone: (202) 726-5426
Facsimile: (202) 726-6629

Attorney for Plaintiff

/s/ Eric L. Yaffe_____