UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RICHARD NEWTON,<br><br>        Plaintiff,<br><br>  v.<br><br>FAISON-KALORAMA, LLC,<br><br>        Defendant. | Civ. No.  06-2003 (TFH) |

## ORDER

After considering the parties' Joint Rule 16.3 Statement and the record in this matter, the Court

**ORDERS** the parties to proceed according to the following schedule:

The parties shall

(A)     appear for a status conference on **March 20, 2007, at 9:30 a.m.**;

(B)     join additional parties and amend pleadings by **April 6, 2007**;

(C)     fully brief dispositive motions by **June 6, 2007**;

(D)     complete discovery by **May 4, 2007**;

(E)     exchange expert witness reports by **May 14, 2007**, and complete expert depositions by **May 28, 2007**; and

(F)     appear for a pretrial conference on **August 6, 2007, at 9:30 a.m.**

**SO ORDERED.**

January 5, 2007                                                        /s/
                                                              Thomas F. Hogan
                                                                Chief Judge