IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PAUL RICHARD NEWTON**

**PLAINTIFF,**

**Civil No. 1:06 CV 2003 TFH**

v.

**FAISON- KALORAMA, LLC.**

**DEFENDANT**

## MOTION FOR EXTENSION OF TIME

Plaintiff, by counsel, pursuant to *Rule 6(b)* of the Federal Rules of Civil Procedure, hereby requests an extension of time to file his reply to defendant's opposition to plaintiff's motion for remand. Defendant filed its opposition on January 3, 2007, and plaintiff's reply is currently due to be filed by January 9, 2007.

Plaintiff's counsel, a solo practitioner, has several competing litigation obligations, not under the control of the movant, which have made it humanly impossible to reply within the five days provided by local rule.

Plaintiff's counsel respectfully requests an extension until and including January 14, 2007 within which to file a reply to defendant's opposition.

Plaintiff's counsel has sought the consent of the opposing counsel by leaving a voice mail message at his office, but as of the time of the filing of this motion the movant has not had a response from opposing counsel and does not have the consent of the opposing party.

Accordingly, for the foregoing reason, the plaintiff respectfully prays that this motion for an enlargement of time be granted.

Respectfully submitted,

/s/ Johnny R. Galloway
Johnny R. Galloway DC Bar No. 458056
1516 P Street, NW
Washington, D.C. 20005
(202)726.5426
Email: johngalloway@email.com

*Attorney for Paul Richard Newton*

CERTIFICATE OF SERVICE

I certify that on this 9th day of January, 2007 a true and correct copy of the foregoing motion and order was served via the Court's electronic system upon Eric Yaffe, Esq. ,Esq., Gray, Plant, Mooty, 2600 Virginia Avenue, Northwest, Suite 1111, Washington, D.C. 20037;also to at eric.yaffe@gpmlaw.com..

/s/ Johnny R. Galloway

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PAUL RICHARD NEWTON**

    **PLAINTIFF,**

                                      **Civil No. 1:06 CV 2003 TFH**

v.

**FAISON- KALORAMA, LLC.**

    **DEFENDANT**

### ORDER

UPON CONSIDERATION of the Plaintiff's Motion For An Extension Of Time within which to reply to the defendant's opposition to remand for a period until and including January 14, 2007, an opposition thereto, and the entire record, the motion is hereby

_____ **GRANTED.**

_____ **DENIED.**

_____
_____
_____
_____
_____.

**SO ORDERED.**

                          _____
                          **THOMAS F. HOGAN**
                          **CHIEF, UNITED STATES DISTRICT JUDGE**

Case 1:06-cv-02003-TFH    Document 16-2    Filed 01/09/2007    Page 2 of 2

PDF Creator - PDF4Free v2.0    http://www.pdf4free.com