IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**PAUL RICHARD NEWTON**

    **PLAINTIFF,**

                                **Civil No. 1:06 CV 2003 TFH**

**v.**

**FAISON- KALORAMA, LLC.**

    **DEFENDANT**
_____

### ORDER

UPON CONSIDERATION of the Plaintiff's Motion For An Extension Of Time within which to reply to the defendant's opposition to remand for a period until and including January 14, 2007, an opposition thereto, and the entire record, the motion is hereby

_____ **GRANTED.**

_____ **DENIED.**

_____
_____
_____
_____
_____.

  **SO ORDERED.**

                            _____
                            **THOMAS F. HOGAN**
                            **CHIEF, UNITED STATES DISTRICT JUDGE**

PDF Creator - PDF4Free v2.0                http://www.pdf4free.com

Case 1:06-cv-02003-TFH    Document 17    Filed 01/09/2007    Page 2 of 2

PDF Creator - PDF4Free v2.0                                                      http://www.pdf4free.com