IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 10 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

PAUL RICHARD NEWTON

PLAINTIFF,

Civil No. 1:06 CV 2003 TFH

v.

FAISON- KALORAMA, LLC.

DEFENDANT

## ORDER

**UPON CONSIDERATION** of the Plaintiff's Motion For An Extension Of Time within which to reply to the defendant's opposition to remand for a period until and including January 14, 2007, an opposition thereto, and the entire record, the motion is hereby

__*TFH*__ GRANTED.

_____ DENIED.

_____

_____

_____

_____

SO ORDERED.

Jan 10, 2007

THOMAS F. HOGAN
CHIEF, UNITED STATES DISTRICT JUDGE