IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL ACTION NO: 1:06CV02003-TFH

| | |
|---|---|
| PAUL RICHARD NEWTON,<br><br>Plaintiff,<br><br>v.<br><br>FAISON-KALORAMA, LLC,<br><br>Defendant. | JOINT STIPULATION FOR A<br>NINETY (90) DAY EXTENSION |

**JOINT STIPULATION FOR A NINETY (90) DAY EXTENSION**

Plaintiff and Defendant hereby jointly move this Court for an Order extending for an additional ninety (90) days the dates referenced in the Court's January 5, 2007 Scheduling Order. The parties have been proceeding with discovery. The parties request more time, however, so that they may seek and obtain additional discovery and may otherwise address certain issues that recently have arisen in the litigation. In support of this Joint Motion, the parties state as follows:

1. No prior extensions have been requested;

2. Defendant Faison-Kalorama, LLC ("Faison") recently filed a motion seeking leave to file a Third Party Complaint that would add the Mayhood Company as a Third Party Defendant. Plaintiff has not opposed the granting of the Motion, and the parties anticipate that additional discovery and motions may be required once Mayhood enters the case;

3. Plaintiff has also recently filed an Amended Complaint; and

4. Due to scheduling conflicts of the parties, attorneys, and deponents, it has been difficult to schedule certain depositions in the case, and thus the parties will need additional time in order to complete discovery.

5. The extension of an additional ninety (90) days would move the dates as follows:

(C) fully brief dispositive motions by **September 4, 2007**;

(D) complete discovery by **August 2, 2007**;

(E) exchange expert witness reports by **August 12, 2007**, and complete expert deposition by **August 26, 2007**; and

(F) appear for a pretrial conference on **November 4, 2007, at 9:30 a.m.**

WHEREFORE, the parties respectfully request that the Court's current Scheduling Order be extended for a period of ninety (90) days.

Respectfully submitted,

| | |
|---|---|
| /s/ Eric L. Yaffe | /s/ with consent John R. Galloway |
| Eric L. Yaffe (D.C. Bar No. 439750) | John R. Galloway (D.C. Bar No. 458056) |
| Jimmy Chatsuthiphan (D.C. Bar No. 492603) | 1516 P Street, N.W. |
| GRAY, PLANT, MOOTY, MOOTY   & BENNETT, P.A. | Washington, D.C. 20005 |
| | Telephone: (202) 726-5426 |
| 2600 Virginia Avenue, Northwest, Suite 1111 | Facsimile: (202) 726-6629 |
| Washington, D.C. 20037 | johngalloway@email.com |
| Telephone: (202) 295-2200 | |
| Facsimile: (202) 295-2250 | Attorney for Plaintiff |

Of Counsel:

D. Blaine Sanders
ROBINSON BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-8344
Facsimile: (704) 373-3944
bsanders@rbh.com

Attorneys for Defendant
Faison-Kalorama, LLC

Dated: May 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Stipulation for a Ninety (90) Day Extension has been served upon each of the parties to this action by depositing same via the Court's electronic system as follows:

>John R. Galloway
>1516 P Street, N.W.
>Washington, D.C. 20005
>Facsimile (202) 726-6629
>johngalloway@email.com
>
>Attorney for Plaintiff

This 1st day of May, 2007

/s/ Eric L. Yaffe_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL ACTION NO: 1:06CV02003-TFH

| | |
|---|---|
| PAUL RICHARD NEWTON,<br><br>Plaintiff,<br><br>v.<br><br>FAISON-KALORAMA, LLC,<br><br>Defendant. | PROPOSED ORDER |

Upon consideration of the Joint Stipulation for a Ninety (90) Day Extension; it is by the Court, this ____ day of _____, 2007,

ORDERED, that the Joint Stipulation for a Ninety (90) Day Extension is hereby GRANTED.

_____
United States District Judge