UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RICHARD NEWTON,         )<br>                                                            )<br>            Plaintiff,             )<br>                                                            )<br>    v.                                              )    Civ. No. 06-2003 (TFH)<br>                                                            )<br>FAISON-KALORAMA, LLC,   )<br>                                                            )<br>            Defendant.           )<br>_____) | |

## ORDER

On May 3, 2007, the Court held a status conference in this matter, which the Court scheduled in open court at the previous hearing on March 20, 2007. Plaintiff's counsel failed to appear. Unless plaintiff's counsel provides this Court with a sufficient reason for failing to appear, any such subsequent failure will result in dismissal of this matter for failure to prosecute.

The next status conference in this matter is set for Tuesday, June 26, 2007, at 9:30 a.m.

**SO ORDERED**.

May 3, 2007

                                                                                          /s/
                                                                            Thomas F. Hogan
                                                                            Chief Judge