IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No.1:06CV02003 TFH

_____

PAUL RICHARD NEWTON

        Plaintiff,

v.                               **MOTION TO WITHDRAW**
                                    **AS COUNSEL**

FAISON-KALORAMA, LLC.

        *Defendant*.

v.

THE MAYHOOD COMPANY

        *Third-Party Defendant*

_____

**NOW COMES** the attorney for the plaintiff in this matter and moves the Court for leave to withdraw as counsel for the plaintiff, Paul Richard Newton for the reasons set forth in the attached memorandum of points. The movant conferred with the counsel for Defendant Faison on this matter but he was able to take a position as to the motion to withdraw; separately, the movant was unable to speak with the counsel for Defendant Mayhood Company, Mr. Goldschmidt who did not return the movant's telephone call.

    A proposed Order is attached.

Dated: June 10, 2007.

                                            Respectfully submitted,

                                            */s/Johnny R. Galloway*
                                            Johnny R. Galloway  DC Bar No. 458056
                                            1516 P Street, NW
                                            Washington, D.C.  20005
                                            Ph:   (202)726.5426
                                            Fax:  (202)588-8819
                                            Email:  johngalloway@email.com

## CERTIFICATE OF SERVICE

I certify that the foregoing motion to withdraw as counsel has been served upon each of

the parties via the Court's ECF system.

Eric L. Yaffe, Esq.
Grant, Mooty
2600 Virginia Avenue, NW , Suite 111
Washington, D.C.  20037
johngalloway@email.com
Attorney for Plaintiff


Stanley H. Goldschmidt
1025 Connecticut Avenue, NW
Washington, D.C.  20036
Email:  stan@goldschmidtlaw.com
Attorney for Mayhood Company

                                              */s/Johnny R. Galloway*

**JOHNNY R. GALLOWAY**
**Attorney at Law**
**1516 P Street, NW**
**Washington, D.C.  20005**
**(202)726-5426**

June 10, 2007


Paul Richard Newton
1414 22nd Street, NW
Washington, D.C. 20037

Re:  Newton v. Faison-Kalorama, LLC et al
      Case No.  1:06CV02003  TFH
       Chief Thomas F. Hogan

Dear Richard:

   Please find enclosed a copy of my motion to withdraw as your counsel in the above matter.  You have previously been advised of my intention to withdraw and the decision is final.  This decision is not based on any animosity toward you or a lack of belief in the merit of the case.  You must obtain a new attorney as soon as possible,  If you intend to proceed pro se (represent yourself) you must notify the Clerk of  the United States District Court for the District of Columbia in writing with five(5) days.  If you intend to oppose my motion to withdraw as your attorney you must notify the same clerk in writing within five(5) days.

                            Sincerely,


                            _/s/Johnny R. Galloway_
                             Johnny R. Galloway

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No.1:06CV02003 TFH**

_____

PAUL RICHARD NEWTON

      Plaintiff,

 v.                                   **MOTION TO WITHDRAW
                                        AS COUNSEL**

FAISON-KALORAMA, LLC.

      Defendant.

 v.

THE MAYHOOD COMPANY

      Third-Party Defendant

_____

**MEMORANDUM IN SUPPORT OF MOTION OF
<u>PLAINTIFF'S COUNSEL TO WITHDRAW</u>**

   In support of the motion for leave to withdraw as counsel for the plaintiff the undersigned counsel submits this memorandum and states that the plaintiff has substantially failed to fulfill obligations under the retainer agreement with the movant by not cooperating in prosecution of the case, by failing to cooperate in complying with discovery requests, and by failing to pay legal fees owed. The retainer agreement between the parties specifically notifies the client that failure to pay fees or to cooperate in supplying information is grounds for termination of the agreement and withdrawal by the attorney. Under the circumstances the client has rendered the attorney's continued representation unreasonably difficult. The attorney-client relationship is irrevocably

broken down and the movant is without authority to do any act on behalf of the plaintiff. The case is not near trial and the plaintiff has the ability to obtain new counsel, proceed *pro se* or to move to dismiss his action.

In addition to the foregoing, the movant has relied upon United States District Court for the *District of Columbia LCvR 83.6(c)* and *DC Rules of Professional Conduct 1.6 and 1.16* in support of this motion.

**WHEREFORE** the undersigned counsel respectfully requests that the Court grant this motion for leave to withdraw.

Dated: June 10, 2007
Washington, District of Columbia

>Respectfully submitted,

>/s/ Johnny R. Galloway
>Johnny R. Galloway DC Bar No. 458056
>1516 P Street, NW
>Washington, D.C. 20005
>Ph: (202)726.5426
>Fax: (202)588.8819
>Email: johngalloway@email.com

## CERTIFICATION

**I CERTIFY** that on this 10th day of June, 2007 a true copy of this motion, memorandum of points and authorities and the notice to the client as required by *LCvR 83.6(c)* was mailed to the client by first class mail, postage prepaid to Paul Richard Newton, 1414 22nd Street, Washington, D.C.

>*/s/ Johnny R. Galloway*
>Johnny R. Galloway

## CERTIFICATE OF SERVICE

I certificate that on this 10th day of June, 2007 a copy of the foregoing motion for leave to withdraw, memorandum, notice and proposed order were served on all parties by and through the Court's ECF system.

Eric Yaffe, Esq.
Grant, Mooty
2600 Virginia Avenue, NW Suite 1111
Washington, D.C.  20037

Stanley H. Goldschmidt, Esq.
1025 Connecticut Avenue, NW
Washington, D.C.  20036

                                            */s/ Johnny R. Galloway*
                                            *Johnny R. Galloway*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No.1:06CV02003 TFH

_____

PAUL RICHARD NEWTON

     Plaintiff,

  v.                                 **MOTION TO WITHDRAW**
                                       **AS COUNSEL**

FAISON-KALORAMA, LLC.

     Defendant.
  v.

THE MAYHOOD COMPANY

     Third-Party Defendant

_____

## ORDER

**UPON CONSIDERATION** of the motion by the attorney for the plaintiff, Johnny R. Galloway, for leave to with withdraw, the supporting memorandum, any opposition thereto, and the record in this case, it is hereby

**ORDERED** that Johnny R. Galloway be allowed to withdraw and it is

**FURTHER ORDERED** that the plaintiff Paul Richard Newton shall within fifteen days from the date of docketing of this order identify and advise this Court of new counsel who shall enter his or her appearance on behalf of the plaintiff within that period or it shall be concluded that the plaintiff is proceeding in this matter *Pro Se*.

                                _____
                                **HONORABLE THOMAS F. HOGAN**
                                **CHIEF JUDGE, UNITED STATES DISTRICT**
                                **COURT FOR THE DISTRICT OF COLUMBIA**

**Copies to**:

Johnny R. Galloway, Esq.
1516 P Street, NW
Washington, D.C.  20005

Paul Richard Newton
1414 22nd Street, NW
Washington, D.C.  20037

Eric Yaffe, Esq.
Grant, Mooty
2600 Virginia Avenue, NW Suite 1111
Washington, D.C.  20037

Stanley H. Goldschmidt, Esq.
1025 Connecticut Avenue, NW
Washington, D.C.  20036