IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 1:06CV02003 RWR

| | |
|---|---|
| PAUL RICHARD NEWTON,<br><br>        Plaintiff,<br><br>v.<br><br>FAISON-KALORAMA, LLC,<br><br>        Defendant. | DEFENDANT FAISON-KALORAMA,<br>LLC'S RESPONSE TO MOTION TO<br>WITHDRAW AS COUNSEL |
| FAISON-KALORAMA, LLC,<br><br>        Third-Party Plaintiff,<br>v.<br><br>THE MAYHOOD COMPANY,<br><br>        Third-Party Defendant. | |

Defendant Faison-Kalorama, LLC ("Faison"), by and through its attorneys, hereby responds to the Motion to Withdraw as Counsel for Plaintiff. Defendant Faison has no opposition to the withdrawal of Johnny R. Galloway as counsel for Plaintiff Paul Richard Newton provided that Mr. Newton has retained substitute counsel and is ready to proceed with the case forthwith.

                                                        Respectfully submitted,

                                                        /s/ Eric L. Yaffe
                                                        Eric L. Yaffe (D.C. Bar No. 439750)
                                                        Jimmy Chatsuthiphan (D.C. Bar No. 492603)
                                                        GRANT, PLANT, MOOTY, MOOTY
                                                          & BENNETT, P.A.
                                                        2600 Virginia Avenue, Northwest, Suite 1111
                                                        Washington, D.C. 20037
                                                        Telephone: (202) 295-2200
                                                        Facsimile: (202) 295-2250

|  |  |
|---|---|
|  | Of Counsel: |
|  |  |
|  | D. Blaine Sanders |
|  | ROBINSON BRADSHAW & HINSON |
|  | 101 North Tryon Street, Suite 1900 |
|  | Charlotte, North Carolina 28246 |
|  | Telephone: (704) 377-8344 |
|  | Facsimile:  (704) 373-3944 |
|  | bsanders@rbh.com |
|  |  |
|  | Attorneys for Defendant |
| Dated: June 21, 2007 | Faison-Kalorama, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing DEFENDANT FAISON-KALORAMA, LLC'S RESPONSE TO MOTION TO WITHDRAW AS COUNSEL has been served upon each of the parties to this action via the Court's electronic system:

John R. Galloway
1516 P Street, N.W.
Washington, D.C. 20005
johngalloway@email.com

Attorney for Plaintiff

Stanley H. Goldschmidt
1025 Connecticut Avenue, NW
Washington, DC 20036
stan@goldschmidtlaw.com

Attorney for Third-Party Defendant

This 21st day of June, 2007

/s/ Eric L. Yaffe