UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RICHARD NEWTON,           ) | |
|                  Plaintiff,           ) | |
| v.                             ) | Civ. No. 06-2003 (TFH) |
| FAISON-KALORAMA, LLC,          ) | |
|                  Defendant.          ) | |

**ORDER**

Pending before the Court is Johnny Galloway's Motion to Withdraw as Counsel for Plaintiff, Paul Newton (# 33). Because the Court finds such withdrawal will not unduly delay trial of this matter or unfairly prejudice any party, the Court **GRANTS** the motion.

By Friday, July 6, 2007, Newton shall obtain new counsel and have that counsel enter an appearance on his behalf or notify the Court, pursuant to Local Civil Rule 83.6(c), that he intends to proceed *pro se*. If Newton fails to notify the Court of how he will proceed by July 6, 2007, Newton will be deemed to be proceeding *pro se*. In the event Newton proceeds *pro se*, he must comply with the Federal Rules of Civil Procedure and the rules of the Court, and the Court will hold Newton to the same standards as parties represented by counsel.

    **SO ORDERED**.

June 22, 2007

                                                         /s/
                                        Thomas F. Hogan
                                        Chief Judge