## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL RICHARD NEWTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civ. No. 06-2003 (TFH) |
| ) | |
| **FAISON-KALORAMA, LLC,** ) | |
| ) | |
| **Defendant and** ) | |
| **Third-Party Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **THE MAYHOOD COMPANY,** ) | |
| ) | |
| **Third-Party Defendant.** ) | |
| ) | |

### ORDER

On June 22, 2007, this Court granted Plaintiff's former counsel's motion to withdraw. In doing so, it ordered Plaintiff to have new counsel enter an appearance on his behalf or notify the Court of his intention to proceed *pro se* by July 6, 2007. In the order, the Court informed Plaintiff that, if he failed to notify the Court of how he intended to proceed by July 6, 2007, Plaintiff would be deemed to be proceeding *pro se*. The Court then set a status conference for July 17, 2007. The Court gave Plaintiff notice of both its June 22, 2007, order and the July 17, 2007, status conference. Plaintiff, however, neither filed anything informing the Court of how he would proceed in this matter by the date ordered nor appeared for the status conference on July 17, 2007. Because Plaintiff appears to not be pursuing this matter, the Court

**ORDERS** Plaintiff to show cause by July 25, 2007, why his complaint should not be

dismissed for failure to prosecute.

If Plaintiff fails to show cause by July 25, 2007, the Court will dismiss Plaintiff's complaint.

**SO ORDERED**.

July 17, 2007

/s/
Thomas F. Hogan
Chief Judge

Copy to:
Paul Newton
1414 22nd Street, NW
#53
Washington D.C. 20037