IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 1:06CV02003 RWR

| | |
|---|---|
| PAUL RICHARD NEWTON,<br><br>Plaintiff,<br><br>v.<br><br>FAISON-KALORAMA, LLC,<br><br>Defendant.<br><br>---<br><br>FAISON-KALORAMA, LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>THE MAYHOOD COMPANY,<br><br>Third-Party Defendant. | STIPULATION OF DISMISSAL |

STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Paul Richard Newton, Defendant and Third-Party Plaintiff Faison-Kalorama, LLC, and Third-Party Defendant The Mayhood Company, that Plaintiff's Complaint is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| Paul Richard Newton<br>1414 22nd Street, NW<br>Washington, D.C. 20037<br>Telephone: (202) 669-4467<br>pauldc1066@yahoo.com<br><br>*Pro Se* | /s/ Eric L. Yaffe<br>Eric L. Yaffe (D.C. Bar No. 439750)<br>Jimmy Chatsuthiphan (D.C. Bar No. 492603)<br>GRAY, PLANT, MOOTY, MOOTY<br>  & BENNETT, P.A.<br>2600 Virginia Avenue, NW, Suite 1111<br>Washington, D.C. 20037<br>Telephone: (202) 295-2200 |

1

Facsimile: (202) 295-2250
eric.yaffe@gpmlaw.com
jimmy.chatsuthiphan@gpmlaw.com

Of Counsel:
D. Blaine Sanders
ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-8344
Facsimile: (704) 373-3944
bsanders@rbh.com

Attorneys for Defendant and Third-Party
Plaintiff Faison-Kalorama, LLC


/s/ with consent Stanley H. Goldschmidt
Stanley H. Goldschmidt
D.C. Bar No. 376482
Roetzel & Andress, LPA
1300 Eye Street NW
Suite 400 East
Washington, D.C. 20005
Telephone: (202) 216-8306
Facsimile: (202) 338-6340
sgoldschmidt@ralaw.com

Attorney for Third-Party Defendant
The Mayhood Company

Dated: July 2/, 2007

2