IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 1:06CV02003 RWR

| | |
|---|---|
| PAUL RICHARD NEWTON, **Plaintiff,** v. FAISON-KALORAMA, LLC, **Defendant.** _____ FAISON-KALORAMA, LLC, **Third-Party Plaintiff,** v. THE MAYHOOD COMPANY, **Third-Party Defendant.** | **STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, IT IS HEREBY STIPULATED AND

AGREED, by Third-Party Plaintiff Faison-Kalorama, LLC and Third-Party Defendant The

Mayhood Company, that Third-Party Plaintiff Faison-Kalorama, LLC's Third-Party Complaint

is dismissed without prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,


/s/ Eric L. Yaffe
Eric L. Yaffe (D.C. Bar No. 439750)
Jimmy Chatsuthiphan (D.C. Bar No. 492603)
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
2600 Virginia Avenue, NW, Suite 1111
Washington, D.C. 20037
Telephone: (202) 295-2200

/s/ with consent Stanley H. Goldschmidt
Stanley H. Goldschmidt
D.C. Bar No. 376482
Roetzel & Andress, LPA
1300 Eye Street NW
Suite 400 East
Washington, D.C. 20005
Telephone: (202) 216-8306

Facsimile:   (202) 295-2250
eric.yaffe@gpmlaw.com
jimmy.chatsuthiphan@gpmlaw.com


Of Counsel:
D. Blaine Sanders
ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-8344
Facsimile:  (704) 373-3944
bsanders@rbh.com


Attorneys for Third-Party Plaintiff
Faison-Kalorama, LLC


Dated: July 23, 2007

Facsimile:   (202) 338-6340
sgoldschmidt@ralaw.com

Attorney for Third-Party Defendant
The Mayhood Company