## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL RICHARD NEWTON,** )<br><br>**Plaintiff,** )<br><br>v. )<br><br>**FAISON-KALORAMA, LLC,** )<br><br>**Defendant and**<br>**Third-Party Plaintiff,** )<br><br>v. )<br><br>**THE MAYHOOD COMPANY,** )<br><br>**Third-Party Defendant.** ) | **Civ. No. 06-2003 (TFH)** |

### ORDER

Pursuant to the parties' stipulations filed on July 23, 2007 (Docket Nos. 37 & 38), the Court

**ORDERS** Plaintiff's complaint dismissed with prejudice and

**ORDERS** Third-Party Plaintiff's complaint dismissed without prejudice.

**SO ORDERED**.

July 26, 2007

Thomas F. Hogan
Chief Judge

Copy to:
Paul Newton
1414 22nd Street, NW
#53
Washington D.C. 20037